**Order filed October 14, 2021**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00072-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-068157**

---

# O R D E R

Appellant's brief was due September 23, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 15, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.